# FEDERAL DEFENDERS
## MIDDLE DISTRICT OF ALABAMA
### FEDERAL DEFENDER PROGRAM, INC.
201 MONROE STREET, SUITE 407
MONTGOMERY, AL 36104
TELEPHONE (334) 834-2099
FACSIMILE (334) 834-0353
Website: www.almfd.org

CHRISTINE A. FREEMAN
Executive Director

January 28, 2008

Honorable Charles S. Coody
Chief U.S. Magistrate Judge
One Church Street
Montgomery, Alabama 36104
BY HAND DELIVERY

Re:   Jack Dean   2:8cm1433-CSC

Dear Judge Coody:

Our office has been contacted by the Assistant U.S. Attorney Nathan Stump regarding appointment of counsel for Mr. Dean who is a material witness and possible target in an investigation of child pornography.

Mr. Stump has indicated that Mr. Dean wishes to resolve this matter prior to indictment and is unable to afford counsel. A financial affidavit signed by Mr. Dean is enclosed with this letter.

I am therefore requesting that appointment of counsel be permitted by the Court. It is my understanding that there is no conflict that would prevent our office from accepting an appointment in this case.

Please let me know if you need any additional information. Thank you for your consideration of this request.

Sincerely,

Christine A. Freeman

caf/
cc:    Nathan Stamp

*In Memory: John William Focke, II 1949 - 2001*