IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIM. MISC. NO. 08cm1433-CSC |
| | ) | |
| JACK DEAN | ) | |

**<u>ORDER</u>**

The court finds that is JACK DEAN, a person under investigation, is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Accordingly, it is

ORDERED that the Federal Defender be appointed to represent JACK DEAN for all further proceedings.

Done this 28th day of January, 2008.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE